# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:   Case No.: 2:14–bk–07773–MCW

RUSSELL J PATOCKA   Chapter: 13
aka RUSS J PATOCKA
4238 N. 35TH PLACE
PHOENIX, AZ 85018
**SSAN:** xxx–xx–1061
**EIN:**

MICHELLE L PATOCKA
4238 N. 35TH PLACE
PHOENIX, AZ 85018
**SSAN:** xxx–xx–2783
**EIN:**

Debtor(s)

## NOTICE THAT CASE HAS BEEN CLOSED WITHOUT ENTRY OF A DISCHARGE

---

This case was closed on 1/30/20 **without a discharge being granted.**

☐ Debtor(s) failed to file certification of completion of an approved instructional course concerning personal financial management required under 727(a)(11) or 1328(g)(1) of the Bankruptcy Code.

☑ Debtor(s) failed to file certification that all domestic support obligations required by a judicial or adminstrative order, or by statute, have been paid pursuant to 1328(a) or 1228(a)(1) of the Bankruptcy Code.

☐ Debtor(s) did not receive a discharge in this case because debtor(s) received a discharge in a prior case within the time period specified under 11 U.S.C. §727(a)(8), §1328(f)(1) or §1328(f)(2) .

☐ **OTHER:**

**Date: January 30, 2020**

**Address of the Bankruptcy Clerk's Office:**   Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101   **George Prentice**

Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov