**Tom McAvity, 034403**
**Phoenix Fresh Start Bankruptcy**
**4602 E Thomas Rd, Ste S-9**
**Phoenix, AZ 85018**
**Phone: 602-598-5075**
**Fax: 866-241-4176**
**Email: tom@phxfreshstart.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | |
| RUSSELL J PATOCKA, ) | Chapter: 13 |
| ) | Case No. 2:14-bk-07773-MCW |
| and ) | |
| ) | MOTION TO REOPEN CASE |
| MICHELLE L PATOCKA. ) | |
| ) | |
| ) | |
| Debtors ) | |

**MOTION TO REOPEN CASE FOR THE LIMITED PURPOSE OF FILING DEBTORS'S CERTIFICATE OF ELIGIBILTY FOR CHAPTER 13 DISCHARGE AFTER COMPLETION OF PLAN PAYMENTS AND TO ENTER AN ORDER OF DISCHARGE AND CLOSE THE CASE**

Debtors, Russell J Patocka and Michelle L Patocka, by and through their attorney, Thomas McAvity, move this Honorable Court for entry of an Order Reopening the Case, allowing them to file their Certificate of Eligibility for Chapter 13 Discharge After Completion of Plan Payments and enter an Order of Discharge and Close the case, and in support thereof respectfully represents as follows:

1.  On May 21, 2014, Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.  On October 2, 2019, Trustee, Russell Brown, filed his Notice of Completed Plan.

3.  On January 23, 2021 the Chapter 13 Trustee, Russell Brown, filed a Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1).

4. That on January 30, 2020 this case was closed without a discharge because Debtors had not filed their certification pursuant to 11 U.S.C § 1328 and Local Rule 2084-26. (See Exhibit 1).

5. Pursuant to Fed. R. Civ. P. 5010 a case may be reopened on motion of the Debtor or other party in interest pursuant to §350(b) of the Code. Section 350(b) of the Code permits the "reopening in court in which such case was closed to administer assets, to accord relief to the Debtor, or for other cause."

6. Debtors' failure to file their required certification was inadvertent. Debtors' prior attorney, Mari Jo Clark, withdrew from this case on February 19, 2019 which left Debtors, *Pro Se*. Debtors believed that they had completed their Chapter 13 Plan and were mistaken as to their obligation to file their required certification.

7. Debtors have made all Plan payments, filed their Certificates of Personal Financial Management Instructional Courses, filed their Certificate of Eligibility for Chapter 13 Discharge After Completion of Plan Payments, and have otherwise completed all requirements entitling them to a Chapter 13 Discharge.

WHEREFORE, DEBTORS pray that this Honorable Court enter an Order Reopening the Case, allowing the Debtors to file their Certificate of Eligibility for Chapter 13 Discharge After Completion of Plan Payments and Request an Order of Discharge and Close their case.

Dated: March 24, 2022

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

1
2

## CERTIFICATE OF SERVICE

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

This is to certify that the foregoing was submitted on March 24, 2022 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants appearing in this case.

By: */s/Tom McAvity*_____